UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| U.S. SPECIALITY INSURANCE COMPANY, a Texas corporation, ) ) ) | |
| Plaintiff, ) | |
| v. ) ) | Case No. 11-2217 |
| KENT A RHOADS, JASON R. BALL, and COURTNEY UTTEBACK, ) ) ) | |
| Defendants. ) | |

## **ORDER**

On November 14, 2011, Defendant Kent A. Rhoads filed a Motion to Stay or to Dismiss (#19). Plaintiff filed a written response on December 1, 2011. Defendant Rhoads seeks relief in order to protect his Fifth Amendment protection against self incrimination. He points out the existence of a case currently pending in the Circuit Court of Edgar County, Paris, Illinois, in which he is a Defendant facing felony charges that stem from the same conduct alleged by the Plaintiff in the underlying suit referenced in the Complaint herein.

Plaintiff maintains that in the absence of relief, he will be forced to chose between forfeiting his Fifth Amendment rights or being unable to effectively defend the civil action if he asserts those rights.

Plaintiff has no objection to the stay but does oppose the alternative relief of dismissal.

The Court has thoroughly examined the written submissions of the parties. The Court agrees that dismissal is not appropriate. The only ground raised is the argument that the declaratory judgment is premature. It is not. The case cited by the Plaintiff makes that clear.

The Court does agree that staying the proceedings pending the outcome of the criminal case is appropriate. Defendant Rhoads should not be forced to waive his constitutional

protection.  Nether should he be forced to risk adverse consequences in the civil proceeding because he has asserted his constitutional protections.

Accordingly, the Motion to Stay or Dismiss **(#19)** is **DENIED** with respect to the dismissal and **GRANTED** with respect to the request for stay.  The case is stayed in all respects until further order of the court.

The parties are directed to notify the Court when the Edgar County criminal case has been resolved.

ENTER this 9th day of December, 2011.

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE