Central District Court Of Illinois

Case name: U.S. Specialty Ins Company V. Bell
Case number: 2:11-cv-02217-MPM-DGB

**FILED**
SEP 24 2012
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Magistrate Judge David G. Bernthal

    I am asking the court for a motion for extension of time regarding the filing of responsive pleadings which are do on 9/24/12 due to my recent release of incarceration from the Clark Co. jail on 9/17/12.

    I am also notifying the court of my current address which is 508 Shaw Ave Paris IL 61944. and my current telephone number is 217-251-9078.

Sincerely,
Jon R. Bell

2:11-MPM-DGB-02217 ~~original~~ has been delivered By Means of U.S. Postal Mail on 9/21/12